JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 621 -- In re U.S. Surgical Corp. Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/10/12 | 1 | MOTION, BRIEF, SCHEDULE, AND CERT. OF SVC. -- United States Surgical Corp.; SUGGESTED TRANSFEREE DISTRICT: D. Connecticut; SUGGESTED TRANSFEREE JUDGE: ?  (emh) |
| 84/10/22 | | APPEARANCES: ROBERT A. STULL for Anne Schwartz; HENRY A. BRACHTL for Nancy Buell Ellis; BRUCE E. GERSTEIN for Harry Lewis; SANFORD P. DUMAIN for Morton Weiner; RICHARD M. COOPER for Leon C. Hirsch, Turi Josefsen, Bruce S. Lustman, Howard M. Rosenkrantz, Thomas D. Guy, Herbert W. Korthoff, Wilson D. Smith, Jr. and David Fisher; DAVID I. GOLDBLATT for ERNST & WHINNEY; ZANVYLxKRIEGER EDWARD J. YODOWITZ for Zanvyl Krieger, John A. Borgardus, Jr., Jay C. Huffard, Milton S. Chiller, Douglas T. Tansill and Rolf H. Towe (emh) |
| 84/10/23 | | APPEARANCE -- J. Daniel Mahoney, Esq. for U.S. Surgical Corp. (ds) |
| 84/10/30 | | APPEARANCE -- William W. Goss, Esq. for George E. Dodds (rh) |
| 84/11/06 | 2 | LETTER -- signed by Ronald M. Gould, on behalf of U. S. Surgical Corp. w/copy of letter from William W. Goss, counsel for plaintiff Dodds w/svc. (ds) |
| 84/11/20 | 3 | LETTER -- pltf. George E. Dodds w/svc. (ds) |
| 84/12/14 | | HEARING ORDER -- Setting motion to transfer A-1 thru A-2 for Panel hearing in New Orleans, Louisiana on Janurary 24, 1985 (rh) |
| 85/01/22 | | WAIVER OF ORAL ARGUMENTS: ALL WAIVED (cds) |
| 85/02/13 | | CONSENT TO TRANSFEREE COURT -- for transfer of litigation to the Hon. Peter C. Dorsey in D. Connecticut pursuant to 28 U.S.C. §1407 (rh) |
| 85/02/13 | | TRANSFER ORDER -- transferring A-1 thru A-2 to the D. Connecticut pursuant to 28 U.S.C. §1407. Notified involved counsel, clerk, judge and misc. recipients. (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 621 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re U.S. Surgical Corp. Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| January 24, 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | February 13, 1985 | TO | unpublished | D. Connecticut | Hon. Peter C. Dorsey | |

### Special Transferee Information

DATE CLOSED: _____

JPML FORM 1　　　　　　　　　　　LISTING OF INVOLVED ACTIONS　　Honorable Peter C. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　District of Connecticut

DOCKET NO. 621 -- In re U.S. Surgical Corp. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 ** | Anne Schwartz, et al. v. United States Surgical Corp., et al. | D. Conn. Dorsey | B-83-775 (PCD) | 2-13-85 | | DIS'D - 4/8/86 | |
| A-2 | George E. Dodds v. U.S. Surgical Corp. | E.D. Wash. McNichols | C-84-672-RJM | 2-13-85 | H85-424 | DIS'D - 9/85 | |

*Docket Closed*

** A-1 is a consolidated action, consolidated w/Azzinaro-B-83-781; Putterman-B-83-787 and Ellis-B-83-791

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 621 -- In re U.S. Surgical Corp. Securities Litigation

---

ANNE SCHWARTZ, ET AL. (A-1)
Robert A. Stull, Esquire
Stull, Stull & Brody
6 East 45th Street
New York, New York   10017

HENRY P. AZZINARO (Consolidated w/A-1)
Michael P. Fuchs, Esquire
Wolf, Popper, Ross, Wolf & Jones   (NO APP. REC'D)
845 Third Avenue
New York, New York   10022

HAROLD PUTTERMAN (Consolidated w/A-1)
Irvind Malcham, Esq.
Kaufman, Malcham & Kirby
475 Park Avenue, South   (NO APP. REC'D)
New York, New York 10016

NANCY BUELL ELLIS (Consolidated w/A-1)
Henry A. Brachtl, Esq.
Lowey, Dannenberg & Knapp
747 Third Avenue
New York, New York 10017

HARRY LEWIS (Derivative pltf. in A-1)
Bruce E. Gerstein, Esq.
Garwin, Bronzaft & Gerstein
1501 Broadway
Suite 1812
New York, New York   10036

MORTON WEINER (Derivative pltf. in A-1)
Sanford P. Dumain, Esq.
Milberg, Weiss, Bershad, Specthrie
  & Lerach
One Pennsylvania Plaza
New York, New York 10119

GEORGE E. DODDS (A-2)
William W. Goss, Esq.
Turner, Stoeve, Gagliardi
  & Goss
301 West Indiana
P.O. Box 5210
Spokane, Washington   99205


UNITED STATES SURGICAL CORP.
J. Daniel Mahoney, Esquire
Windels, Marx, Davies & Ives
51 West 51st Street
New York, New York 10019


LEON C. HIRSCH
TURI JOSEFSEN
BRUCE S. LUSTMAN
HOWARD M. ROSENKRANTZ
THOMAS D. GUY
HERBERT W. KORTHOFF
WILSON D. SMITH, JR.
DAVID FISHER
Richard M. Cooper, Esq.
Williams & Connolly
839 17th Street, N.W.
Washington, D.C.   20006

ERNST & WHINNEY
David I. Goldblatt, Esq.
Proskauer, Rose, Goetz & Mendelsohn
300 Park Avenue
New York, New York   10022

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2__

DOCKET NO. _621_ -- _____

ZANVYL KRIEGER
JOHN A. BORGARDUS, JR.
JAY C. HUFFARD
MILTON S. SCHILLER
DOUGLAS T. TANSILL
ROLF H. TOWE
Edward J. Yodowitz, Esq.
Skadden, Arps, Slate, Meagher & Flom
919 Third Avenue
New York, New York  10022

JPML FORM 3

p. 1

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 621 -- In re U.S. Surgical Corp. Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| U.S. Surgical Corp. | A-1  A-2 |
| Leon C. Hirsch | A-1 |
| Turi Josefsen | A-1 |
| Bruce S. Lustman | A-1 |
| Howard M. Rosenkrantz | A-1 |
| Thomas D. Guy | A-1 |
| Herbert W. Korthoff | A-1 |
| Wilson F. Smith, Jr. | A-1 |
| David Fisher | A-1 |
| Zanvyl Krieger | A-1 |
| John A. Bogardus, Jr. | A-1 |

p. 2

| | | |
|---|---|---|
| ✓ | Jay C. Huffard | A-1 |
| ✓ | Milton S. Schiller | A-1 |
| ✓ | Douglas T. Tansill | A-1 |
| ✓ | Rolf H. Towne | A-1 |
| ✓ | Ernst & Whitney | A-1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |