JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB 13 1985

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 621

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE U.S. SURGICAL CORPORATION SECURITIES LITIGATION

TRANSFER ORDER*

This litigation presently consists of two actions pending in two federal districts: one action each in the District of Connecticut and the Eastern District of Washington. Before the Panel is a motion by defendant U.S. Surgical Corporation, pursuant to 28 U.S.C. §1407, to transfer the Washington action to the District of Connecticut for coordinated or consolidated pretrial proceedings with the action pending there. All parties to the actions listed on the attached Schedule A either agree on the desirability of or do not oppose transfer.1/ The Panel finds upon consideration of the papers submitted1/ that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the District of Connecticut will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Eastern District of Washington be, and the same hereby is, transferred to the District of Connecticut and, with the consent of that court, assigned to the Honorable Peter C. Dorsey for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Sam C. Pointer, Jr., took no part in the decision of this matter.

1/ The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

<u>MDL-621 -- IN RE U.S. SURGICAL CORP. SECURITIES LITIGATION</u>

<u>Eastern District of Washington</u>

<u>George E. Dodds v. U.S. Surgical Corp.</u>, C.A. No. C-84-672-RJM

<u>District of Connecticut</u>

<u>Anne Schwartz, et al. v. U.S. Surgical Corp., et al.,</u>
<u>C.A. No. B-83-775 (PCD)</u>